UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| MICHAEL WISCHOFF, etc., | ) | |
| Plaintiff, | ) ) ) | 2:09-cv-2198-JCM-RJJ |
| vs. | ) ) | |
| HARTFORD INSURANCE COMPANY OF THE MIDWEST, etc., *et al.*, | ) ) ) | O R D E R |
| Defendant. | ) ) | |

This matter is before the Court on Defendant's Motion to Compel (#17).

The Court having reviewed the Motion (#17) and the Joint Status Report (#18) and good cause appearing therefore,

IT IS HEREBY ORDERED that on or before August 23, 2010, the Defendant shall advised the Court whether any issues raised in the Motion to Compel (#17) remain outstanding.

DATED this  16th  day of August, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge