DARREN T. BRENNER
Nevada Bar No. 8386
DBrenner@LRLaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8398 (fax)

*Attorneys for Defendant*
*Hartford Insurance Company of the Midwest*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL WISCHOFF, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HARTFORD INSURANCE COMPANY OF THE MIDWEST, and, DOES I through X, inclusive,<br><br>Defendants. | Case No. 2:09-cv-02198-JCM-RJJ<br><br>**STIPULATION AND ORDER**<br>**RE DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that the above-entitle action shall be dismissed with prejudice.

///

///

///

///

///

///

///

-1-

IT IS FURTHER STIPULATED that each party shall bear their own costs and attorneys fees.

DATED this 30th day of March, 2011.

| RALPH A. SCHWARTZ, P.C. | LEWIS AND ROCA LLP |
|---|---|
| BY: /s/ Ralph A. Schwartz<br>Ralph A. Schwartz, Esq.<br>900 S. Fourth Street<br>Las Vegas, NV 89101<br>*Attorney for Plaintiff* | BY: /s/ Darren T. Brenner<br>DARREN T. BRENNER<br>Nevada Bar No. 8386<br>3993 Howard Hughes Parkway<br>Suite 600<br>Las Vegas, Nevada 89169<br>*Attorneys for Defendant Hartford Insurance Company of the Midwest* |

## ORDER

IT IS SO ORDERED.

DATED: April 6, 2011.

_/s/ James C. Mahan_
UNITED STATES DISTRICT JUDGE